UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

-against-                                      09 Civ. 4556 (LAK)

KRISTOPHER L. DUKES,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.      Plaintiff's motion to compel [DI 19] is granted in all respects. Defendant, on or before May 7, 2010, shall produce to plaintiff (1) unredacted copies of all redacted documents previously produced by her or on her behalf, and (2) her Forms W-2, 1099, and federal, state and local tax returns for all or any part of the years 2002 through 2009.

        2.      The dates for completion of discovery and the filing of the joint pretrial order, requests to charge, and any summary judgment motions are extended to and including May 31, 2010, assuming of course that the case is not disposed of prior to that date.

        3.      By order dated April 13, 2010, the Court scheduled a conference for today and directed the defendant to appear personally. Defendant did not appear. The Court nevertheless permitted her to participate by telephone. She admitted that she was aware of the order requiring her presence.

        4.      **Defendant is cautioned that the failure to comply with any order of this Court – fully and on time – may result in the imposition of sanctions which may include, among other things, the imposition of fines, a requirement that she pay her adversary's costs and attorneys' fees, and the entry of judgment against her.**

        SO ORDERED.

Dated:      April 29, 2010

                                                               Lewis A. Kaplan
                                                              United States District Judge

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/29/10